```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ORLANDO BAUTISTA, individually and on
behalf of all other person similarly situated,
                      Plaintiff,

15 **CIVIL** 9081 (CS)

-against-

**JUDGMENT**

CYTOSPORT, INC.,
                    Defendant.
------------------------------------------------------------X

        Before the Court is Defendant's motion to dismiss Plaintiff's Second Amended Complaint, and the matter having come before the Honorable Cathy Seibel, United States District Judge, and the Court, on December 12, 2016, having rendered its Opinion and Order granting Defendant's motion to dismiss and directing the Clerk of Court to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 12, 2016, Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          December 14, 2016

                                                      RUBY J. KRAJICK
                                                              Clerk of Court
                                              BY:
                                                                   Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/14/2016